| | | |
|---|---|---|
| | AUSA: Hank Moon | Telephone: (313) 226-9100 |
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Nicholas Czech | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

D-1, Mohmed ALI
D-2 Majed MAHMOUD

**FILED**
NOV 05 2025
CLERK'S OFFICE
DETROIT

Case No. 25-30673

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: _s/Julie Owens_
Deputy

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Majed MAHMOUD                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(h) - Receiving and transferring, and attempting and conspiring to transfer, firearms and ammunition knowing and having reasonable cause to believe that the firearms and ammunition would be used to commit a Federal crime of terrorism

Date:  November 1, 2025

*Elizabeth A. Stafford*
Issuing officer's signature

City and state:  Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/3/25 , and the person was arrested on *(date)* 10/31/25 (PC)
at *(city and state)* DEARBORN, MI .

Date:  11/3/25

*[signature]*
Arresting officer's signature

BRIAN GAWRSIS
*Printed name and title*

---

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*