AUSA: Erin Ramamurthy    Telephone: (313) 226-9100
Special Agent: Anthony Resendez    Telephone: (313) 965-2323

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

D-1 Mohmed ALI
D-2 Majed MAHMOUD

Case No. 25-30673

**FILED NOV 0 5 2025 CLERK'S OFFICE DETROIT**

I hereby certify that the foregoing is a true copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Julie Owens
Deputy

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Mohmed ALI**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(h) - Receiving and transferring, and attempting and conspiring to transfer, firearms and ammunition knowing and having reasonable cause to believe that the firearms and ammunition would be used to commit a Federal crime of terrorism

Date: November 1, 2025

*Elizabeth A. Stafford*
Issuing officer's signature

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 11/03/25, and the person was arrested on *(date)* 10/31/2025 (PC)
at *(city and state)* Dearborn, Michigan.

Date: 11/03/2025

Arresting officer's signature

Special Agent Eric Tometich
Printed name and title

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA