2

United States District Court
Eastern District of Michigan
Southern Division

FILED
NOV 17 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

v.

D-1 Mohmed Ali,
D-2 Majed Mahmoud,
D-3 Ayob Nasser.

Defendants.
______________________________/

Case 25-cr-20842

Hon. Linda V. Parker

Violations:
18 U.S.C. § 2339B
18 U.S.C. § 924(h)

## Acknowledgment of Indictment

I, Ayob Nasser, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Count One:** 18 U.S.C. § 2339B – Conspiracy to Provide Material Support of Resources to a Designated Foreign Terrorist Organization. Punishable by up to 20 years' incarceration, a $250,000 fine, or both.

**Count Two:** 18 U.S.C. § 924(h) – Conspiracy to Receive and Transfer Firearms and Ammunition Knowing that Such Firearms and Ammunition Would be Used to Commit a Federal Crime of Terrorism. Punishable by up to 15 years' incarceration, a $250,000 fine, or both.

______________________________
Ayob Nasser
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty days of arraignment.

James Thomas
Counsel for Defendant

Date: 11/17/25