UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),                              Case No. 25-20842

v.                                                    Honorable Linda V. Parker

MOHMED ALI, et al.,                      Honorable Mark A. Goldsmith

        Defendant(s).
_____/

## ORDER OF CASE REASSIGNMENT FOR DOCKET EFFICIENCY

      Pursuant to E.D. Mich LCrR 57.10(b)(2), the Chief Judge may order a criminal case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned. Therefore, for docket efficiency, the Clerk is directed to reassign this case from the docket of the Honorable     Linda V. Parker     to the docket of the Honorable     Mark A. Goldsmith    .

                                                              s/Stephen J. Murphy, III
                                                              Chief Judge Stephen J. Murphy, III
                                                              United States District Judge

                                                              s/Linda V. Parker
                                                               Linda V. Parker
                                                               United States District Judge

                                                              s/Mark A. Goldsmith
                                                               Mark A. Goldsmith
                                                               United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CRIMINAL

Date: November 20, 2025                        s/ S Schoenherr
                                                       Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Mark A. Goldsmith