UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                         Case No. 2:25-cr-20842-MAG-APP
                                                     Hon. Mark A. Goldsmith

Mohmed Ali, et al.,

                Defendant(s),

_____

## NOTICE TO APPEAR REMOTELY

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

    Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for:  Mohmed Ali, Majed Mahmoud, Ayob Nasser

- STATUS CONFERENCE:  December 23, 2025 at 11:30 AM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                               By: s/Joseph W Heacox
                                                   Case Manager

Dated:  December 15, 2025