UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                          Case No. 2:25-cr-20842-MAG-APP
                                               Hon. Mark A. Goldsmith

Mohmed Ali, et al.,

                Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [76] MOTION for Withdrawal of Attorney Amir Makled as to Mohmed Ali. **Motion Hearing set for 2/12/2026 01:00 PM before District Judge Mark A. Goldsmith**. (JHea)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/Joseph Heacox
                                                            Case Manager

Dated:   February 3, 2026