4

United States District Court
District Of Eastern
Michigan

1-29-26

F I L E D

FEB 0 5 2026

CLERK'S OFFICE
DETROIT

United States
Plantiff

Case # 2.25-cr-
20842

vs. Mohmed Ali
Defendent

Update for motions & next
court date for Pre-liminary Hearing.

Dear Judge Goldsmith,

As of January 29th, 2026 I haven't heard an update
pertaining to my motions for a Pre-liminary hearing,
speedy trial, and to challenge all continuances that
I didn't consent to as it is my "statutory right" etc,
to challenge. I hope to hear soon about my new
council and my next court date for my Pre-liminary
hearing. It is not necessary for a court hearing in
regards for assurance for my motions because that will
only waste more time. I'm positive on my decision
and will be looking forward to my given right of a
Pre-liminary hearing. A Pre-liminary hearing, asserts
my right to a speedy trial and refuses any
continuances. Even if sometime has passed since
my Pre-liminary hearing has been waived without my
consent/permission, I can still go ahead and submit
for one so as to make "my position known" and
put on the record.

I have been incarcerated since October 31st of 2025 and have been rotting in a cell eating food that's unfit for an animal. While ~~our~~ the lawyers on our case have been filing continuances and waiving our pre-liminery hearings without our permission taking advantage of our assumed ignorance of the law working in favor of the prosecutor. I'm innocent and free of these accusations, the prosecutor is like a dog chasing his own tail at this point. Because all I've been shown so far from my lawyer is a practice of my first amendment right and they're trying to incriminate me. They aren't inspecting a crime, they're inspecting me as an individual and as of now they've realized their waist deep with this case and can't go back because of media pressure. The 6th amendment to the Constitution guarantees that in "all" criminal prosecutions the accused shall enjoy the right to a speedy and public trial, by an impartial jury. The speedy act guarantees "me" that from the date of my arrest to the day of Indictment can be no more than 30 days. Then, you must have a trial within 70 days thereafter. Just like every right, you will learn that there are more exceptions than an insurance policy, as –

- the constitution continues to degrade over time. I want all my letters to be put on record if they aren't already. In the mean time I'll wait for correspondence hopefully within the next week.

Thank you ☺

Sincerely, Mohmed Ali



Mohmed Ali
NAME
21494-512
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

[ Legal Mail ]

METROPLEX MI 480
2 FEB 2026   PM 10 L

RECEIVED
FEB 0 5 2026
CLERK'S OFFICE
DETROIT

U.S. MARSHALS

—For the Record
To: Clerk of
the honourable Judge Goldsmith

Federal Building
231 W. Lafayette Blvd
Detroit, MI 48226

48226-270099

Case 2:25-cr-20842-MAG-APP   ECF No. 78, PageID.379   Filed 02/05/26   Page 4 of 4