**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AYOB NASSER (D-3),<br><br>Defendant. | Case No. 25-cr-20842<br><br>Hon. Mark A. Goldsmith |

**STIPULATION TO STRIKE DEFENDANT'S AMENDED MOTION TO REVOKE DETENTION ORDER (ECF NO. 118)**

The United States of America, by and through its undersigned counsel, and Defendant Ayob Nasser (D-3), by and through defense counsel, hereby stipulate as follows:

1. On July 28, 2026, Defendant Ayob Nasser filed an Amended Motion to Revoke Detention Order (ECF No. 118) directed to the presiding District Judge Mark A. Goldsmith.
2. The parties agree that the Motion was filed procedurally out of turn or before the incorrect judicial officer.
3. To clear the record and ensure proper administrative processing, the parties agree that the Amended Motion to Revoke Detention Order (ECF No. 118)

should be stricken from the record without prejudice to the Defendant's right to refile before the appropriate judicial officer/magistrate judge.

4. Therefore, the parties respectfully request that the Court enter the attached proposed order striking the motion.

Approved for entry:

/s/ Erin Ramamurthy (w/consent)
Erin Ramamurthy
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 920-0723
Erin.ramamurthy@usdoj.gov

Dated: August 11, 2026

/s/ James C. Thomas
James C. Thomas (P23801)
Michael C. Naughton (P70856)
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
586-726-1000
jthomas@orlaw.com
mike@thenorthcoastlegal.com
Attorneys for Defendant Ayob Nasser

Dated: August 11, 2026

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AYOB NASSER (D-3),<br><br>Defendant. | Case No. 25-cr-20842<br><br>Hon. Mark A. Goldsmith |

**ORDER STRIKING DEFENDANT'S AMENDED MOTION**
**<u>TO REVOKE DETENTION ORDER (ECF NO. 118)</u>**

This matter having come before the Honorable Court on the parties' Stipulation to Strike Defendant's Amended Motion to Revoke Detention Order (ECF No. 118), and the Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendant's Amended Motion to Revoke Detention Order, filed on July 28, 2026 (ECF No. 118), is STRICKEN from the court docket.

**IT IS FURTHER ORDERED** that this Order is entered without prejudice to Defendant's right to file a proper motion or application before the appropriate assigned judicial officer/magistrate judge.

**IT IS SO ORDERED**.

Dated: August 17, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge